GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:     (415) 436-7706
Email:            Angela_chuang@fd.org

Counsel for Defendant CALIX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 20–19 RS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE** |
| v. | |
| LUIS CALIX, | |
| Defendant. | |

     The above titled matter is currently scheduled for status on March 16, 2021. The parties are discussing a potential resolution of the matter, and the government recently produced discovery that undersigned counsel will need time to review. The parties therefore stipulate that the presently scheduled hearing shall be vacated and that the matter shall be set for status on May 11, 2021 at 2:30 PM.

     The parties further stipulate that time should be excluded from computation under the Speedy Trial Act until May 11, 2021 to allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by ordering this

[PROPOSED] STIPULATED ORDER
*CALIX*, CR 20–19 RS

continuance outweigh the best interest of the public and this defendant's right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

| March 14, 2021<br>Dated | STEPHANIE M. HINDS<br>Acting United States Attorney<br>Northern District of California |
|---|---|
| | _____/S_____<br>YOOSUN KOH<br>Assistant United States Attorney |
| March 14, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | _____/S_____<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

## ORDER

For the reasons stated above, the Court VACATES all appearances and CONTINUES this case to May 11, 2021 at 2:30 PM for status.

The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 16, 2021, through May 11, 2021, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: March 15, 2021

_____
RICHARD SEEBORG
United States District Judge
[PROPOSED] STIPULATED ORDER
*CALIX*, CR 20–19 RS